**No. 62647.**—Aluminum, Ltd., Sales, Inc. *v.* United States, protest 329042–K (St. Albans).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiff was sustained.

**No. 62648.**—S. Stern Henry & Co. *v.* United States, protest 322476–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the grating machines are not in chief value of steel, but are in chief value of tin plate, the claim of the plaintiff was sustained.

**No. 62649.**—Standard International Corp. *v.* United States, protest 296925–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of steel strips similar in all material respects to those the subject of Abstract 58580, the claim of the plaintiff was sustained.

DECEMBER 29, 1958

**No. 62650.**—Accurate Millinery Co. et al. *v.* United States, protests 313059–K, etc.— Plaintiffs' application for rehearing granted by OLIVER, C. J., and MOLLISON, J.   WILSON, J., dissented.